CSD 1100 [03/01/15]
Name, Address, Telephone No. & I.D. No.
Ronald F. Woods
225 Broadway
Suite 1900
San Diego, CA 92101
619.236.9069
86756

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
The Fara San Martino LLC

BANKRUPTCY NO. 15-05479

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [✓] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [✓] Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Chapter 7 Statement of Current Monthly Income (Form B22A-1)
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)  (Form B22A-1 Supp)
- [ ] Chapter 7 Means Test Calculation (Form B22A-2)
- [ ] Chapter 11 Statement of Your Current Monthly Income (Form B22B)
- [ ] Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form B22C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Form B22C-2)
- [ ] Other: _____

Dated: September 2, 2015

Signature _____
Attorney for Debtor

## DECLARATION OF DEBTOR

I [We]   John Devlin   and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: September 2, 2015

_____
Debtor

_____
Joint Debtor

CSD 1100

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1100 (Page 2 [03/01/15]

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
1.  Before each entry, specify the purpose of the amendment by inserting:
a.  "ADDED," if the information was missing from the previous document filed; or
b.  "CORRECTED," if the information modifies previously listed information; or
c.  "DELETED," if previously listed information is to be removed.
2.  At the bottom of each page, insert the word "AMENDED."
3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case,* serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case,* serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

### AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
### ** AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on September 2, 2015, I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

☐   Chpt. 7 Trustee:

☑   For Chpt 7, 11, & 12 cases

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐   For ODD numbered Chapter 13 cases

THOMAS H. BILLINGSLEA, JR., TRUSTEE
401 West "A" Street, Suite 1680
San Diego, CA 92101

☐   For EVEN numbered Chapter 13 cases

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    September 2, 2015
                        (Date)

Coral Estrada

225 Broadway
Suite 1900
San Diego, CA 92101
Address

CSD 1100

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.
Ronald F. Woods
225 Broadway
Suite 1900
San Diego, CA 92101
619.236.9069
86756

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
The Fara San Martino LLC

BANKRUPTCY NO. 15-05479

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

☐ New petition filed. Creditor diskette required.                    TOTAL NO. OF CREDITORS:  8

☐ Conversion filed on _____. See instructions on reverse side.
   ☐ Former Chapter 13 converting. Creditor diskette required.        TOTAL NO. OF CREDITORS:____
   ☐ Post-petition creditors added. Scannable matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☑ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. See instructions on reverse side.
   ☑ Names and addresses are being ADDED.
   ☐ Names and addresses are being DELETED.
   ☐ Names and addresses are being CORRECTED.

PART II (check one):

☑ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date:  September 2, 2015

John Devlin/Managing Member
Signer/Title

REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Amended

Canyon Pottery Inc.
8575 Aero Drive
San Diego, CA 92123

Internal Revenue Service
PO BOX 7317
Philadelphia, PA 19101-7317

Winchester Temecula, LLC
42068 Winchester Rd.
Temecula, CA 92590